UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE SHANNON, | No. 2:18-cv-0161-EFB P |
| Plaintiff, | |
| v. | ORDER |
| DR. IKEGBU, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. He has, however, submitted a certified trust account statement.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the affidavit required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: January 29, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE