UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TYRONE SHANNON,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. IKEGBU, et al.,<br><br>    Defendants. | No. 2:18-cv-0161-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's February 27, 2019 order.

Plaintiff's request (ECF No. 10) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated: April 9, 2019.

                                                      EDMUND F. BRENNAN<br>                                                      UNITED STATES MAGISTRATE JUDGE