UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TYRONE SHANNON,

Plaintiff,

v.

DR. IKEGBU et al.,

Defendants.

No. 2:18-cv-0161-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 27, 2019, the court granted plaintiff's request for leave to proceed in forma pauperis, obligating him to pay the filing fee in full through monthly payments. ECF No. 7; 28 U.S.C. § 1915(b)(1). On March 2, 2020, plaintiff requested that the court dismiss his case and "to be exempt from the filing fee." ECF No. 20.

Plaintiff's request must be denied. If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Even if plaintiff chooses to voluntarily dismiss this action, he remains obligated to pay the entire filing fee "in increments," *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); *see also* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee.").

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 2, 2020 request (ECF No. 20) is denied. If plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

DATED: March 9, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE